

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,091

### RONALD LEE HASKELL, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM CAUSE NO. 1434395
### IN THE 351ST JUDICIAL DISTRICT COURT
### HARRIS COUNTY

*Per curiam.* MCCLURE, J., not participating.

### ORDER

The above-styled and numbered cause is pending before this Court as a result of

Appellant's capital murder conviction and resulting sentence of death in the 351st Judicial

District Court of Harris County, Cause No. 1434395, styled The State of Texas v. Ronald

Lee Haskell. Appellant has filed a motion requesting this Court to abate the appeal and to

"order the trial court to complete findings of fact and conclusions of law pertaining to

Appellant's two denied motions to suppress."

During a motions hearing on June 27, 2019, the trial court denied Appellant's

"Motion to Suppress Custodial Oral Statements and All Evidence Derived from Any Unlawful Seizure of the Accused" and "Motion to Suppress Evidence Derived from Unlawful Search Warrants A-G." Defense counsel asked the trial court "to make findings of fact and conclusions of law" on the two denied motions, and the trial court agreed to do so. Appellant now asserts: "Despite this request and despite the trial court's agreement, the record does not contain any trial court findings of fact and conclusions of law."

In *State v. Cullen,* 195 S.W.3d 696, 699 (Tex. Crim. App. 2006), we held that the trial court must make findings when requested by the losing party on a motion to suppress evidence. Appellant asks that we abate the appeal of this case in order for the trial court to supplement the record with the required findings and conclusions. However, under Texas Rule of Appellate Procedure 34.5(c)(2), an appellate court can order the trial court to "prepare and file findings of fact and conclusions of law as required by law" and have the clerk supplement the record with those findings and conclusions without abating the case. Assuming that the findings and conclusions appellant seeks to include in the record were required by law to be made, then the record can simply be supplemented without abating the case.

Therefore, the trial court is directed to prepare and file findings of fact and conclusions of law regarding Appellant's two denied motions to suppress evidence. The trial court clerk must then prepare, certify, and file in this Court a supplemental clerk's record containing the findings and conclusions. The findings and conclusions are to be

made, and the supplemental clerk's record is to be filed, within 30 days of the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

IT IS SO ORDERED THIS THE 10TH DAY OF MARCH, 2021.

Do not publish